IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, ) ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.  1:14cv1063-WHA |
| ) | |
| CREW DEVELOPMENT, LLC, et al., ) | (wo) |
| ) | |
| Defendants. ) | |

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, JUDGMENT is entered in favor of Branch Banking and Trust Company and against Crew Development, LLC and Michael A. Crew, jointly and severally, in the amount of $2,514,495.29, less $23,305.25 in attorneys' fees already awarded by the court (Doc. #42), plus pre-judgment interest on the amount owed to BB&T excluding attorneys' fees and costs accruing between August 6, 2015 and the date of judgment at a per diem rate of $335.0799, plus post-judgment interest at the statutory rate and costs.

Done this 6th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE